1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

2

3  BRIAN STRETCH (CSBN 163973)
   Chief, Criminal Division

4  THOMAS M. O'CONNELL (NYSBN 1801950)
   Assistant United States Attorney

5
        150 Almaden Blvd., Suite 900                    *E-FILED - 12/23/09*
6       San Jose, California 95113
        Telephone:  (408) 535-5053
7       FAX: (408) 535-5066
        Thomas.M.OConnell@usdoj.gov

8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,          )   No. CR 09-00694- RMW
14                                     )
        Plaintiff,                     )
15                                     )   STIPULATION AND |xxxxxxxxxxx
        v.                             )   ORDER EXCLUDING TIME
16                                     )
   BENJAMIN STEPHEN BALTAZAR           )
17                                     )
        Defendant.                     )   SAN JOSE VENUE
18                                     )
                                       )
   _____)
19

20        On December 3, 2009 s stipulation (attached) was entered and filed detailing the history of

21   this case and seeking to continue the case and exclude time under the Speedy Trial Act from July

22   30, 2009 until December 14, 2009 or any other date set by the court for the next status.

23   However, when the parties appeared on December 14, the case had not been calendared.   The

24   parties hereby request that the case be calendared for January 11, 2010, at 9:00 a.m., when there

25   is a likelihood the matter will resolve via plea.

26        The parties further agree and stipulate that exclusions of time from July 30, 2009 until

27   January 11, 2010  is appropriate based on the reasons detailed in the attached Stipulation of

28   //

STIPULATION AND [ ]xxxxxxx ] ORDER
NO. 09 - CR - 00694 - RMW                          1

1  December 3, 2009, which go to defendant's need for continuity of counsel and effective

2  preparation of counsel.

3

4  SO STIPULATED:                          JOSEPH R. RUSSONIELLO
                                           United States Attorney
5

6  DATED: 12/22/09                               /s/
                                           _____
                                           THOMAS M. O'CONNELL
7                                          Assistant United States Attorney

8
   DATED: 12/22/09                               /s/
                                           _____
9                                          MICHAEL ARMSTRONG, Esq.
                                           Counsel for BALTAZAR
10

11

12

13

14        Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded

15  under the Speedy Trial Act from July 30, 2009 until January 11, 2010.  The Court finds, based on

16  the aforementioned reasons, that the ends of justice served by granting the requested continuance

17  outweigh the  interest of the public and the defendant in a speedy trial.  The failure to grant the

18  requested continuance would deny defense counsel reasonable time necessary for effective

19  preparation, taking into account the exercise of due diligence, and would result in a miscarriage

20  of justice.  The Court therefore concludes that this exclusion of time should be made under 18

21  U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

22  SO ORDERED.

23  DATED:___12/23/09_____              _Ronald M. Whyte_____

24                                         RONALD M. WHYTE
                                           United States District Judge
25

26

27

28

STIPULATION AND [ XXXXXXX ] ORDER
No. 09 - CR - 00694 - RMW                    2